```
                          United States Bankruptcy Court
                           Northern District of Ohio
```

In re:                                                              Case No. 15-33145-maw
Donald Birtwhistle                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: mshai     Page 1 of 1     Date Rcvd: Oct 23, 2018
                    Form ID: pdf849     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Oct 23 2018 22:59:07      Cynthia J. Thayer,
           US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
24157954       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2018 23:05:57
           PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
           Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                                                                                       TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
           Brian Jacob Dilks    cmecf@dilksknopik.com, dilksknopik@ecf.courtdrive.com
           Ericka S. Parker Trustee    esparker@sbcglobal.net, oh04@ecfcbis.com
           Helayne Loeb    ust13    on behalf of Trustee Ericka S. Parker Trustee ustpregion09.cl.ecf@usdoj.gov
           Kenneth W. Wenninger    on behalf of Creditor Cynthia Kay Martin ken@wenningerlaw.com,
            kwennin@juno.com
           Mark S. Lindberg    on behalf of Debtor Donald  Birtwhistle mlindberg@lawolaw.org,
            mslindberg@bex.net;r53456@notify.bestcase.com;tpence@lawolaw.org
           Raymond L. Beebe    on behalf of Creditor    Department of Taxation rlbagct@bex.net
           Raymond L. Beebe    on behalf of Creditor    Ohio Lottery Commission rlbagct@bex.net
           Raymond L. Beebe    on behalf of Creditor    Bureau of Workers' Compensation rlbagct@bex.net
                                                                                                                                                                                         TOTAL: 8

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Mary Ann Whipple
United States Bankruptcy Judge

Dated: October 23 2018

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 15-33145 |
| | ) | |
| Donald Birtwhistle | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On application of **PYOD LLC,** claimant herein, for an Order directing payment of unclaimed funds held in the registry of the Court; the Court finds that the claimant has served notice upon the United States Attorney and the U.S. Trustee as required by 28 U.S.C. § 2041 et. seq. and/or local bankruptcy rules and directs that funds held in the registry of the Court pursuant to 11 U.S.C. § 347 for the benefit of the claimant in the amount of **$581.38** be paid to the Claimant in care of its Authorized Representative:

PYOD LLC
Attn: Brian J. Dilks
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728

###